649 A.2d 1280

JAY H. KATZ, ET AL. v. NEW JERSEY SPORTS AND EXPOSITION AUTHORITY, ET AL.

July 26, 1994.

## ORDER

Leave to appeal is granted and the matter is summarily remanded to the trial court to reconsider the motion for summary judgment based on the new evidence presented by movants to this Court.

649 A.2d 1281

STATE OF NEW JERSEY v. HENRY RAMM.

September 9, 1994.

## ORDER

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the merits on an accelerated basis; and it is further

ORDERED that the motion for a stay pending disposition of the appeal is granted.